**ANDERSON & KARRENBERG**
Thomas R. Karrenberg, #3726
Stephen P. Horvat, #6249
John A. Bluth, #9824
50 West Broadway, Suite 700
Salt Lake City, Utah 84101-2035
Telephone:   (801) 534-1700
Facsimile:    (801) 364-7697

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AGEL ENTERPRISES, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RANDY SCHROEDER, an individual; TARA SCHROEDER, an individual; and RISING SUN, INC., a Florida corporation,<br><br>Defendants. | **CONSENT DECREE AND ORDER OF DISMISSAL OF REMAINING CLAIMS**<br><br>Case No.: 2:08-cv-00673<br><br>Judge Ted Stewart |

Based upon the Motion and Stipulation of counsel and for good cause appearing, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.    The Preliminary Injunction entered by the Court in its Memorandum Decision and Order Granting Plaintiff's Motion for Preliminary Injunction, entered October 28, 2008, is hereby entered as a PERMANENT INJUNCTION, effective until April 30, 2014. If Plaintiff has cause to believe there has been a violation of the injunction, counsel for Plaintiff shall contact counsel for Defendants and attempt to resolve the matter prior to either party taking formal legal action in response thereto.

2. The remaining claims in this action are DISMISSED WITH PREJUDICE.

3. Each party shall bear its own costs and attorney fees.

**DATED** this 7th day of July 2009.

        **BY THE COURT:**

        _____
        The Honorable Ted Stewart
        United States District Court Judge

**Approved as to Form:**


/s/ A. Joseph Sano
(*Signed by Filing Attorney with permission of Defendants Attorney*)
Stephen J. Trayner
Graden P. Jackson
A. Joseph Sano
***Attorneys for Defendants***